

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2018

No. 04-18-00126-CV

**IN RE NEWPORT CLASSIC HOMES, L.P. L.L.C.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice[2]
    Patricia O. Alvarez, Justice (recused)
    Luz Elena D. Chapa, Justice (recused)
    Irene Rios, Justice[2]

On June 6, 2018, relator filed a Motion for En Banc Reconsideration. The court requests a response from the real party in interest. *See* TEX. R. APP. P. 49.2; 52.9. Any response must be filed in this court **no later than July 12, 2018**.

It is so **ORDERED** on June 26, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-02113, styled *Rafael Lagunes v. Newport Classic Homes, L.P., LLC., et al.*, pending in the 57th Judicial District Court, Bexar County, Texas. The Honorable Rosie Alvarado signed the order at issue in this proceeding.

[2] Justice Martinez and Justice Rios dissent to the request for a response.